UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff- Appellee, )<br>)<br>v. )<br>)<br>SELVIN DARIO NAJERA, )<br>)<br>    Defendant - Appellant. ) | Record No.  14-4083<br>Criminal No. 7:12-cr-00066-GEC-2 |

## **MOTION TO ENLARGE TIME**

The appellant Selvin Dario Najera, by counsel, moves for entry of an order enlarging the time to file his opening brief and appendix, and as grounds therefore states as follows:

(1) On March 25, 2014, this Court entered a briefing order. The order provides that appellant's opening brief and appendix is due April 29, 2014 (ECF No. 17).

(2) Because of preexisting commitments to other courts and a personal matter (counsel will be out of the office from April 18 - 26, 2014), appellant respectfully requests a 30-day extension of time — until May 30, 2014 — to file the brief and appendix.

(3) No prejudice will inure to the United States as a result of this request as Mr. Najera has been in custody since the time of sentencing.

WHEREFORE, appellant Selvin Dario Najera, by counsel, requests entry of an order enlarging time to file his opening brief and appendix.

                              Respectfully submitted,
                              SELVIN DARIO NAJERA

                              By */s/Terry N. Grimes*
                                   Of Counsel

Terry N. Grimes, Esquire (VSB No. 24127)
TERRY N. GRIMES, ESQ., P.C.
Franklin Commons
320 Elm Avenue, SW
Roanoke, Virginia 24016
(540) 982-3711
(540) 345-6572 *Facsimile*
*tgrimes@terryngrimes.com*
Counsel for *Defendant-Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed on the 9th day of April, 2014, using the CM/ECF system which will send notification of such filing to counsel of record.

> Ronald Andrew Bassford, Esquire
> United States Attorney
> BB&T Building, 310 First Street, SW
> Room 906
> Roanoke, Virginia 24008
> Email: *andrew.bassford@usdoj.gov*

> */s/ Terry N. Grimes*
>     Terry N. Grimes